FILED
AUG 1 4 2024
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER J. REINOEHL, ) <br> PLAINTIFF ) <br> v. ) <br> DIEGO MORALES, in his ) <br> individual and official capacity, ) <br> DEFENDANT ) | Case No.   1:24-cv-01393-SEB-MG |

**NOTICE OF APPEARANCE BY PRO SE LITIGANT**

    I, Jennifer Jean Reinoehl, the undersigned, Plaintiff in the above captioned matter, hereby enter an appearance on my own behalf in this action as a *pro se* party.  I understand that I am responsible for notifying the Court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

    All Court papers must be mailed to me at the address shown below. Pursuant to Fed. R. Civ. P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a Certificate of Service which attests to this fact.

Jennifer J. Reinoehl Plaintiff
51860 Cheryl Dr.
Granger, IN 46530
574 302 6088
commercialsonly@juno.com

Respectfully submitted this 13th day of August, 2024,

_____
**Jennifer Reinoehl**
Pro se Litigant

_____
**Jennifer Reinoehl**
51860 Cheryl Dr.
Granger, IN, 46530
574-302-6088
E-Mail: commercialsonly@juno.com
Pro se Litigant

1