UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01393-SEB-MG |
| | ) |
| DIEGO MORALES Indiana Secretary of State, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

This matter is scheduled for a telephonic status conference on **Friday, August 30, 2024 at 10:30 a.m. (Eastern)** to discuss Plaintiff's Motion for Preliminary Injunction. Plaintiff is to appear via telephone. Parties shall attend the status conference by calling **(571) 353-2301; Guest Meeting ID 768673979**.

Date: 8/16/2024

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

JENNIFER J. REINOEHL
51860 Cheryl Dr.
Granger, IN 46530