UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-01393-SEB-MG |
| ) | |
| DIEGO MORALES, in his capacity ) | |
| as the Indiana Secretary of State, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the following Party, Diego Morales, in his capacity as the Indiana Secretary of State.

I certify that I am admitted to practice in this Court.

                              Respectfully submitted,

                              THEODORE E. ROKITA
                              Attorney General of Indiana
                              Attorney No. 18857-49

Date: August 22, 2024                 Thomas Lee Martindale
                                                    Deputy Attorney General
                                                    Attorney No. 29706-64

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 232-7751
Facsimile:  (317) 232-7979
E-mail:  Thomas.Martindale@atg.in.gov