UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01393-SEB-MG |
| ) | |
| DIEGO MORALES Indiana Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR AUGUST 30, 2024**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared for a Telephonic Status Conference. Plaintiff appeared *pro se* and defendant by counsel.

This matter is scheduled for a telephonic status conference on **Friday, September 13, 2024 at 3:30 p.m. (Eastern)** to discuss whether the case will remain in the district court or whether it will be voluntarily dismissed without prejudice by the plaintiff. Court to send case docket sheet with contact information to the plaintiff along with call-in information for the next conference. Parties shall attend the status conference by calling **(571) 353-2301; Guest Meeting ID 77380770**.

Date: 9/3/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

JENNIFER J. REINOEHL
51860 Cheryl Dr.
Granger, IN 46530

J. Derek Atwood
INDIANA ATTORNEY GENERAL
derek.atwood@atg.in.gov

Trent Douglas Bennett
Office of Indiana Attorney General
trent.bennett@atg.in.gov

Thomas Lee Martindale
Office of Indiana Attorney General
thomas.martindale@atg.in.gov