UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-01393-SEB-MG |
| ) | |
| DIEGO MORALES, in his capacity ) | |
| as the Indiana Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME**

Defendant, Indiana Secretary of State Diego Morales, by counsel, Trent Bennett, Deputy Attorney General, pursuant to S.D. Ind. Local Rule 6-1(b), hereby gives notice of an initial extension of time to respond to Plaintiff's Complaint. In support thereof, Defendant states the following:

1. Plaintiff's Complaint was filed on August 14, 2024. [ECF 1]

2. Defendant was served by priority mail with Plaintiff's Complaint on August 16, 2024.

3. Pursuant to Fed. R. Civ. Pro. 12(a)(1)(A)(i), Defendant's response to Plaintiff's Complaint is due on September 5, 2024, which has not yet passed.

4. Pursuant to S.D. Ind. Local Rule 6-1(b), Defendant seeks an initial twenty-eight (28) day extension of time to respond to Plaintiff's Complaint.

5. Defendant's response to Plaintiff's Complaint has not been previously extended.

6. A twenty-eight (28) day extension will make the response due on **October 3, 2024**.

7.      Undersigned counsel tried calling Plaintiff to see if she would object to Defendant receiving an initial twenty-eight (28) day extension of time to respond to Plaintiff's Complaint, but she did not answer the phone.

8.      The extension does not interfere with the Case Management Plan, scheduled hearings, or other case deadlines.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

Date: September 4, 2024        By:    Trent D. Bennett
                                      Deputy Attorney General
                                      Attorney No. 37510-49

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN  46204-2770
Phone: (317) 234-6875
Fax:    (317) 232-7979
Email: Trent.Bennett@atg.in.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 4, 2024, I electronically filed the foregoing *Defendant's Notice of Automatic Initial Extension of Time* with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com

                By: *s/ Trend D. Bennett*
                   Trent D. Bennett
                   Deputy Attorney General
                   Attorney No. 37510-49

OFFICE INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN  46204-2770
Phone: (317) 234-6875
Fax:    (317) 232-7979
Email: Trent.Bennett@atg.in.gov