UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JENNIFER J. REINOEHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-01393-SEB-MG |
| | ) | |
| DIEGO MORALES, in his capacity | ) | |
| as the Indiana Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Defendant, Diego Morales, in his capacity as the Indiana Secretary of State, hereby notifies

the Court that Bradley S. Davis, Deputy Attorney General, shall be substituted as counsel for

Defendant, and that the appearance of Thomas Lee Martindale, Deputy Attorney General, shall be

withdrawn, as this case has been reassigned to Bradley S. Davis.

I am admitted or otherwise authorized to practice in this Court.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: September 9, 2024        By:    Bradley S. Davis
Deputy Attorney General
Attorney No. 38172-53

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone: (317) 233-5601
Facsimile: (317) 232-7979
E-mail:  Bradley.Davis@atg.in.gov