UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-01393-SEB-MG |
| | ) |
| DIEGO MORALES, in his capacity | ) |
| as the Indiana Secretary of State, | ) |
| | ) |
| Defendant. | ) |

**ACKNOWLEDGEMENT OF APPEARANCE
AND OF NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant, having notified the Court that Bradley S. Davis, Deputy Attorney General, shall be substituted as counsel for Defendant, in place of Thomas Lee Martindale, Deputy Attorney General.

The Clerk is hereby directed to update the docket in this case to reflect that the appearance of Thomas Lee Martindale, Deputy Attorney General is withdrawn and to enter the appearance of Bradley S. Davis, Deputy Attorney General for the Defendant.

**SO ORDERED.**

Served electronically on all ECF-registered counsel of record.