UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JENNIFER J. REINOEHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01393-SEB-MG |
| | ) | |
| DIEGO MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR SEPTEMBER 17, 2024**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference.

Defendant is given until **September 17, 2024** to seek an extension of time to file a response to the plaintiff's motion for injunctive relief. Time is of the essence and defendant should be thoughtful on seeking any additional time. The initial pretrial conference shall be set once pleadings close.

Date: 9/17/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

JENNIFER J. REINOEHL
51860 Cheryl Dr.
Granger, IN 46530