**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JENNIFER J. REINOEHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01393-SEB-MG |
| | ) | |
| DIEGO MORALES, in his capacity, | ) | |
| as the Indiana Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Comes now Defendant, Diego Morales, in his official capacity as the Indiana
Secretary of State, by counsel Deputy Attorney General J. Derek Atwood, and,
pursuant to Fed. R. Civ. P. 6(b)(1)(A), moves the Court for an extension of time to
respond to Plaintiff's Emergency Motion for Preliminary Injunction. ECF 3. In
support of his motion, Defendant states the following:

1. On August 14, 2024, Plaintiff filed her Complaint and Motion for Preliminary
   Injunction. ECF 1, 3.

2. On August 16, 2024, the Court entered a Scheduling Order setting the matter
   for a telephonic status conference on August 30, 2024. ECF 7.

3. On September 3, 2024, following the telephonic status conference, the Court
   set the matter for a second status conference on September 14, 2024, to
   discuss whether the case will remain in the district court or whether it would
   be voluntarily dismissed without prejudice by the Plaintiff. ECF 11.

4. On September 4, 2024, Defendant filed a Notice of Extension of Time to file a responsive pleading, resetting the deadline to respond to the complaint to October 3, 2024.

5. On September 13, 2024, the Court held the second telephonic status conference where Plaintiff advised she would not be dismissing the matter. Subsequently, the Court gave Defendant until September 17, 2024 to file a motion for extension of time to address the preliminary injunction.

6. Fed. R. Civ. P. 6(b)(1)(A) allows the Court, for good cause, to extend the time to respond, with or without a motion being made, before the original time to respond expires.

7. Defendant respectfully requests that the Court extend the deadline for Defendant to respond to the Plaintiff's request for preliminary injunction to October 3, 2024, as the Defendant would intend to respond to Plaintiff's complaint and request for preliminary injunction contemporaneously.

8. Undersigned counsel has contacted Plaintiff regarding this request for an extension of time and Plaintiff objects.

WHEREFORE, Defendant, Diego Morales, in his official capacity as the Indiana Secretary of State, requests that the Court grant this motion and enter an order extending their time to respond to Plaintiff's Emergency Petition for Preliminary Injunction to October 3, 2024.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: <u>September 17, 2024</u>     By:    */s/ J. Derek Atwood*
                                              J. Derek Atwood
                                            Attorney No.  33947-49
                                            Deputy Attorney General
                                            Office of Attorney General Todd Rokita
                                            Indiana Government Center South, 5th Floor
                                            302 West Washington Street
                                            Indianapolis, IN  46204-2770
                                            Phone/Fax: (317) 522-9812/(317) 232-7979
                                            E-mail:  Derek.Atwood@atg.in.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2024, a copy of the foregoing was filed electronically using the Court's CM/ECF system.  Parties may access this filing through the Court's system.

I further certify that on September 17, 2024, I mailed, by US Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants.

> Jennifer J. Reinoehl
> 51860 Cheryl Drive
> Granger, IN 46530
> *Plaintiff Pro Se*
> *Courtesy copy emailed to CommercialsOnly@juno.com*

By:  */s/ J. Derek Atwood*
J. Derek Atwood
Attorney No.  33947-49
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 522-9812
Facsimile:   (317) 232-7979
Email: Derek.Atwood@atg.in.gov