UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01393-SEB-MG |
| | ) |
| DIEGO MORALES, in his capacity, | ) |
| as the Indiana Secretary of State, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION FOR EXTENSION**

The Defendant filed a motion for an extension of time to file a response to the Plaintiff's Emergency Motion for Preliminary Injunction. The Court, having considered the request, now finds that the motion should be **GRANTED in PART and DENIED in PART.**.

**IT IS THEREFORE ORDERED** that the Defendant shall have until September 26, 2024, to file a response.

Date: 9/20/2024

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

JENNIFER J. REINOEHL
51860 Cheryl Dr.
Granger, IN 46530